# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02795-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

TYRONE DAVIS,

      Applicant,

v.

UNITED STATES OF AMERICA,

      Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant, Tyrone Davis, has submitted *pro se* a document title "Writ of Habeas Corpus."  He has failed either to pay the $5.00 filing fee for a habeas corpus action or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action together with a certificate of the warden showing the current balance in his prison trust fund account.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>X</u>     is not submitted
(2)   <u>  </u>     is missing affidavit

(3)     __     is missing certified copy of prisoner's trust fund statement for the 6-month
               period immediately preceding this filing
(4)     X      is missing certificate showing current balance in prison account (account
               statement must be certified)
(5)     __     is missing required financial information
(6)     __     is missing an original signature by the prisoner
(7)     __     is not on proper form (must use the court's current form)
(8)     __     names in caption do not match names in caption of complaint, petition or
               habeas application
(9)     X      other:  Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10)    __     is not submitted
(11)    X      is not on proper form (must use the court's current form)
(12)    __     is missing an original signature by the prisoner
(13)    __     is missing page nos. __
(14)    __     uses et al. instead of listing all parties in caption
(15)    __     names in caption do not match names in text
(16)    __     addresses must be provided for all defendants/respondents in "Section A.
               Parties" of complaint, petition or habeas application
(17)    __     other:  The only proper Respondent in a habeas corpus action is
               Applicant's current warden, superintendent, jailer or other custodian.

Accordingly, it is

         ORDERED that the Applicant cure the deficiencies designated above **within

thirty (30) days from the date of this order**.  Any papers which the Applicant files in

response to this order must include the civil action number on this order.  It is

         FURTHER ORDERED that the Applicant shall obtain the court-approved forms

for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §

1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant

to 28 U.S.C. § 2241 (with the assistance of his case manager or the facility's legal

assistant), along with the applicable instructions, at www.cod.uscourts.gov, and use

those forms in curing the designated deficiencies.  It is

         FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED October 23, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge