IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02795-LTB

TYRONE DAVIS,

    Applicant,

v.

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 11, 2013, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 11 day of January, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ S. Grimm
                      Deputy Clerk